UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMMANUEL VELAZQUEZ,**
       **Plaintiff,**

vs.                                                    Case No.:  3:24-cv-175/MCR/ZCB

**MICHAEL WILSON,**
       **Defendant.**
_____/

### ORDER

The magistrate judge issued a Report and Recommendation on December 22, 2025.  (Doc. 57).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 57) is adopted and incorporated by reference in this order.

2.    Defendant's motion for summary judgment (Doc. 47) is **GRANTED**.

1

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 10th day of February 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**